JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>  Plaintiffs,<br>  v.<br><br>T & D SERVICES, INC., a Nevada corporation,<br><br>  Defendant. | CASE NO.:  EDCV 13-01953 MWF(OPx)<br><br>ASSIGNED TO THE HONORABLE MICHAEL W. FITZGERALD<br><br>**JUDGMENT** |

///

///

///

///

///

///

- 1 -
**JUDGMENT**

[Proposed] Judgment.doc

1   This action having been commenced on October 25, 2013, and the Court having
2   approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the
3   Operating Engineers Pension Trust, et al., and against defendant T & D Services, Inc.,
4   a Nevada corporation, and for good cause shown,

5   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST shall recover from defendant T & D SERVICES, INC., a Nevada corporation, the principal amount of $141,395.33, plus pre-judgment and post-judgment interest thereon at the rate of eight percent (8%) per annum accruing from February 1, 2014, until the judgment is paid in full.

Dated: February 21, 2014   _____
UNITED STATES DISTRICT JUDGE

- 2 -
**JUDGMENT**

[Proposed] Judgment.doc